UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE RAE M.,<br><br>                            Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>                            Defendant. | Case No.: 20cv1608-MDD<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>[ECF No. 2] |

On August 18, 2020, Plaintiff Julie Rae M. ("Plaintiff") filed this social security appeal pursuant to Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), challenging the denial of her application for Social Security Disability Benefits and Supplemental Security Income disability benefits. (ECF No. 1). Plaintiff simultaneously filed a motion to proceed *in forma pauperis* ("IFP"). For the reasons set forth herein, the Court **DENIES WITHOUT PREJUDICE** Plaintiff's motion to proceed IFP.

All parties instituting any civil action, suit, or proceeding in a district court of the United States, except an application for writ of habeas corpus,

must pay a filing fee of $400.[1] *See* U.S.C. § 1914(a). An action may proceed despite plaintiff's failure to prepay the entire fee only if he is granted leave to proceed IFP pursuant to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). "To proceed [IFP] is a privilege not a right." *Smart v. Heinze*, 347 F.2d 114, 116 (9th Cir. 1965). A party need not be completely destitute to proceed IFP. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339-40 (1948). But "the same even-handed care must be employed to assure that federal funds are not squandered to underwrite, at public expense, either frivolous claims or remonstrances of a suitor who is financially able, in whole or in part, to pull his own oar." *Temple v. Ellerthorpe*, 586 F. Supp. 848, 850 (D.R.I. 1984).

As such, "the facts as to [an] affiant's poverty" must be stated "'with some particularity, definiteness, and certainty.'" *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir. 1981) (quoting *Jefferson v. United States*, 277 F.2d 723, 725 (9th Cir. 1960)). "It is important for litigants applying to proceed without prepaying fees and costs to accurately and honestly report their income, assets, and expenses[.]" *Archuleta v. Arizona*, No. CV 19-05466 PHX CDB, 2019 U.S. Dist. LEXIS 186262, at *1 (D. Ariz. Oct. 25, 2019). An applicant must "[c]omplete all questions" in his application and "not leave any blanks[.]" *Id.*

Plaintiff states she receives $700.00 a month in cash from "Calworks-Welfare" and $350.00 a month for food from "SNAP." (ECF No. 2 at 1). Plaintiff also states she received $1,200.00 from a stimulus check and

---

[1] In addition to the $350.00 statutory fee, civil litigants must pay an additional administrative fee of $50.00. *See* 28 U.S.C. § 1914(b) (Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, § 14 (eff. June 1, 2016)). The additional $50.00 administrative fee does not apply to persons granted leave to proceed IFP. *Id.*

anticipates a future stimulus check in the same amount. (*Id.*). Plaintiff is presently unemployed and reports having $50.00 in a checking account. (*Id.* at 2). Plaintiff states she pays $350.00 per month for rent, $50.00 per month for electric, and $100.00 per month on her credit cards. (*Id.*). Plaintiff does not list other common and regular expenses, such as food and transportation. Absent this information, it appears that Plaintiff's monthly income exceeds her expenses by at least $200.00 per month, not accounting for the monthly $350.00 Plaintiff receives for food. Without further explanation, the Court cannot determine whether Plaintiff has the ability to pay fees and costs.

Accordingly, the Court **DENIES WITHOUT PREJUDICE** Plaintiff's motion to proceed IFP. On or before **September 3, 2020**, Plaintiff must either pay the requisite filing fee or file a renewed motion to proceed IFP. If Plaintiff seeks to resubmit her request, she is directed to complete form AO 239 (Rev. 01/15), Application to Proceed In District Court Without Prepaying Fees or Costs (Long Form). The form can be found on the Court's website at https://www.casd.uscourts.gov/forms.aspx?list=all.

**IT IS SO ORDERED.**

Dated:   August 20, 2020

*[signature]*

Hon. Mitchell D. Dembin
United States Magistrate Judge