UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE R. M.,<br><br>  Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,[1]<br><br>  Defendant. | Case No.: 20cv1608-LL-MDD<br><br>**ORDER: (1) ADOPTING REPORT AND RECOMMENDATION [ECF No. 19];**<br><br>**(2) GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [ECF No. 16]; AND**<br><br>**(3) DENYING DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT [ECF No. 17]** |

   Pending before the Court is the Report and Recommendation ("R&R") of Magistrate Judge Mitchell D. Dembin, filed on October 26, 2021, recommending that the

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court **DIRECTS** the Clerk's Office to modify the docket by substituting Kilolo Kijakazi for Andrew Saul as the defendant in this action.

1

Court grant Plaintiff's Julie R. M.'s motion for summary judgment, deny Defendant's cross-motion for summary judgment, and remand for further proceedings. ECF No. 19.

Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b)(1) set forth a district court's duties in connection with a magistrate judge's report and recommendation. The district court must "make a de novo determination of those portions of the report to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also United States. v. Raddatz*, 447 U.S. 667, 673-76 (1980); *United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). However, in the absence of timely objection, the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed.R.Civ.P. 72 advisory committee's note (citing *Campbell v. U.S. Dist. Court*, 501 F.2d 196, 206) (9th Cir. 1974)); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)("[T]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise.").

Here, neither party has timely filed objections to Magistrate Judge Dembin's R&R *See* Doc. No. 19 at 20 (objections due by November 9, 2021). Having reviewed the R&R, the Court finds that it is thorough, well-reasoned, and contains no clear error. Accordingly, the Court hereby: (1) **ADOPTS** Magistrate Dembin's report and recommendation; (2) **GRANTS** Plaintiff's motion for summary judgment; (3) **DENIES** Defendant's cross-motion for summary judgment; and (4) **REMANDS** the case for further proceedings.

This Order concludes the litigation in this matter. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: January 25, 2022

Honorable Linda Lopez
United States District Judge