UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE M., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security,[1] <br><br> Defendant. | Case No.: 20cv1608-LL-MDD <br><br> **ORDER GRANTING JOINT STIPULATION FOR AWARD OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d))** |

In this Social Security matter, the Court issued an order on January 25, 2022 adopting the magistrate judge's Report and Recommendation, granting Plaintiff's motion for summary judgment, and denying Defendant's cross-motion for summary judgment. ECF No. 23. On March 16, 2022, the parties filed a Joint Stipulation requesting the Court award Plaintiff $8,500 in attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920. ECF No. 25.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court **DIRECTS** the Clerk's Office to modify the docket by substituting Kilolo Kijakazi for Andrew Saul as the defendant in this action.

Having reviewed the Joint Stipulation and its exhibits, including an invoice of counsel's hours and rates, the Court finds it appropriate to **GRANT** the Joint Stipulation and awards Plaintiff $8,500 in attorney's fees under the EAJA subject to the terms of the parties' Joint Stipulation.

**IT IS SO ORDERED.**

Dated:  March 21, 2022

_____
Honorable Linda Lopez
United States District Judge